Kevan T. Montoya
Montoya Hinckley PLLC
4301 Tieton Drive
Yakima, WA  98908
(509) 895-7373
Kevan@montoyalegal.com
Attorneys for Defendants

HONORABLE REBECCA L. PENNELL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MONIQUE GEORGE and
VESZONO GEORGE,

                    Plaintiffs,

     vs.

MERLY MOZ and MARIAH FRAIDE,
                    Defendants.

Case No.:  1:24-CV-03158-TOR

DEFENDANTS' STATEMENT OF
MATERIAL FACTS NOT IN
DISPUTE

Merly Moz and Mariah Fraide offer the following statement of material facts not in dispute:

1. Merly Moz bought a house at 100 South Wapato Road, Wapato, Washington (hereinafter, the "Property") from Basil George on May 8, 2021, by real estate contract.  (Declaration of Merly Moz in Support of Motion for Summary Judgment, dated June 3, 2025, hereinafter, "Dec. of Moz," p. 2, ¶ 5;

DEFENDANTS' STATEMENT
OF MATERIAL FACTS
NOT IN DISPUTE                    1

Declaration of Kevan T. Montoya in Support of Motion for Summary Judgment, hereinafter, "Dec. of Montoya," ex. 1, p. 9-19).

2. Ms. Moz paid $100,000 to purchase the house with $50,000 as a down payment. (Dec. of Montoya, ex. 1, p. 3, ¶ 4; p. 10).

3. Ms. Moz made all of her payments on the purchase and complied with all of the terms of the contract. (Dec. of Moz, p. 2, ¶ 7).

4. Monique George is Basil George's daughter. (Dec. of Moz, p. 2, ¶ 6). Ms. Moz dealt with her from the time she purchased the property. (Dec. of Moz, p. 2, ¶ 6).

5. Veszono George[1] is Monique George's son. (Dec. of Moz, p. 2, ¶ 6).

6. On November 9, 2022, Monique George filed a Complaint in Basil George's name against Ms. Moz in Yakama Nation Tribal Court to have her removed from the house Ms. Moz bought. (Dec. of Moz, p. 2, ¶ 7; Dec. of Montoya, ex. 1, p. 23-24).

7. The Notice to terminate contract agreement, dated November 7, 2022, two days before the complaint was filed, alleged that Ms. Moz was in breach of

---

[1] The Defendants will refer to Veszono George as "Veszono" to avoid any confusion with Basil George. No disrespect is intended.

DEFENDANTS' STATEMENT
OF MATERIAL FACTS
NOT IN DISPUTE                    2

MONTOYA HINCKLEY PLLC
4301 Tieton Drive
Yakima, WA 98908
(509) 895-7373

her contract, "including taxes, policy of insurance, modification to property without 'sellers' approval." (Dec. of Montoya, ex. 1, p. 26).

8. On November 22, 2022, Basil George quitclaimed the Property to Veszono George for $1. (Dec. of Montoya, ex. 2, p. 3, ¶11).

9. On November 23, 2022, Ms. Moz filed a Complaint for Specific Performance, Declaratory Judgment and Temporary and Permanent Injunction against Basil George in Yakima County Superior Court. (Dec. of Montoya, ex. 1, p. 3-19).

10. On or about December 1, 2022, Basil George died. (Dec. of Montoya, ex. 2, p. 3, ¶ 11).

11. On February 2, 2023, Yakama Trial Court entered an order that required Ms. Moz to vacate her property. (Dec. of Montoya, ex. 3, p. 3-5).

12. Ms. Moz is not Native American. (Dec. of Moz, p. 2, ¶ 4).

13. Ms. Moz does not speak English well. (Dec. of Moz, p. 1, ¶ 2).

14. She only went to school through the 3rd grade in El Salvador. (Dec. of Moz, p. 1, ¶ 2). She has no formal education in the United States. (Dec. of Moz, p. 2, ¶ 2).

15. The land Ms. Moz bought is fee land in Yakima County, not tribal land. (Dec. of Moz, p. 2, ¶ 5; Dec. of Montoya, ex. 5, p. 5, ¶ 2).

DEFENDANTS' STATEMENT
OF MATERIAL FACTS
NOT IN DISPUTE                3

MONTOYA HINCKLEY PLLC
4301 Tieton Drive
Yakima, WA 98908
(509) 895-7373

16. Paragraph 29 of the Real Estate Contract stated that "If there is any conflict between any provision of this Agreement and the applicable legislation of the State of Washington (the "Act"), the Act will prevail and such provisions of this Agreement will be amended or deleted as necessary in order to comply with the Act." (Dec. of Montoya, ex. 1, p. 15, ¶ 29).

17. Ms. Moz had complied with all of the terms of her contact with Mr. George. (Dec. of Moz, p. 2, ¶ 7).

18. Ms. George removed Ms. Moz from her property without Ms. Moz receiving any notice of a hearing in tribal court. (Dec. of Moz, p. 2, ¶ 7).

19. The Tribal Police served the Order removing Ms. Moz from her house on February 7, 2023, at 6:00 in the morning. (Dec. of Montoya, ex. 4, p. 2, ¶ 4). The same day at 9:00 p.m., the tribal police removed Ms. Moz and her family from the property. (Dec. of Montoya, ex. 4, p. 3, ¶ 7).

20. On March 13, 2023, Yakima County Superior Court, per the Honorable Sonia Rodriguez-True, entered an Order on Show Cause and on Motion for Preliminary Injunction on the right to possession of the property Ms. Moz bought, among other things. (Dec. of Montoya, ex. 5, p. 1.)

21. The March 13 Order ruled that the property at 100 S. Wapato Road was fee land and not subject to Yakama Tribal Court jurisdiction. (Dec. of Montoya, ex. 5, p.1, 4, ¶ 14). It also ruled that "the only evidence in the record

DEFENDANTS' STATEMENT
OF MATERIAL FACTS
NOT IN DISPUTE                4

**MONTOYA HINCKLEY PLLC**
4301 Tieton Drive
Yakima, WA 98908
**(509) 895-7373**

is that Ms. Moz has paid all amounts she was required to pay under the Contract for Deed." (Dec. of Montoya, ex. 5, p. 2, ¶ 3).

22. The March 13 order ruled:

> Pursuant to *Plains Commerce Bank v. Long Family Land & Cattle Co.*, 552 U.S. 316, 328 (2008), the Property is fee simple land over which the Yakama Nation lost jurisdiction. Additionally, the Yakama Nation Tribal Code Provision regarding unlawful detainers does not allow it to have jurisdiction over the removal of someone from property.

(Dec. of Montoya, ex. 5, p. 5, ¶ 2).

23. The March 13, Order further ruled that the "removal of Ms. Moz without proper notice to her of a hearing and with only approximately 15 hours of notice before her removal violates Due Process under the Washington State and United States Constitutions." (Dec. of Montoya, ex. 5, p. 5, ¶ 3).

24. The March 13 Order ordered Ms. George to vacate the house within 10 days. (Dec. of Montoya, ex. 5, p. 5, ¶ 4). It set a review hearing for March 24, 2023, to confirm that the Georges had vacated. (Dec. of Montoya, ex. 5, p. 6, ¶ 9-10).

25. Ms. George and Veszono were present at the hearing. (Dec. of Montoya, p. 3, ¶ 6; ex. 5, p. 7).

DEFENDANTS' STATEMENT
OF MATERIAL FACTS
NOT IN DISPUTE                5

MONTOYA HINCKLEY PLLC
4301 Tieton Drive
Yakima, WA 98908
(509) 895-7373

26.  The March 13, 2023, order acknowledged that Judge Rodriguez-True had a CR 82.5 conference with Judge Elmer Ward in Yakama Tribal Court that day.  (Dec. of Montoya, ex. 5, p. 1).

27.  On March 31, 2025, the Court had a review hearing on the Order entered on March 13.  (Dec. of Montoya, ex. 6, p. 1).

28.  Ms. George and Veszono George appeared at the hearing.  (Dec. of Montoya, ex. 6, p. 1, 3, 4).

29.  The Court found that the Georges' occupancy of Ms. Moz's house was causing great injury to her.  (Dec. of Montoya, ex. 6, p. 2 ).  The Court entered an order granting a writ of restitution to remove the Georges from the property.  (Dec. of Montoya, ex. 6, p. 3, ¶ 3-4).

30.  On September 4, 2024, Yakima County Superior Court, per the Honorable Kevin S. Naught, heard and granted Ms. Moz's Motion for Summary Judgment against Ms. George and Veszono.  (Dec. of Montoya, ex. 10, p. 1-3).

31.  The Georges did not file any documents in response to Ms. Moz's Motion for Summary Judgment and did not appear for the hearing.  (Dec. of Montoya, p. 4, ¶ 7).

DEFENDANTS' STATEMENT
OF MATERIAL FACTS
NOT IN DISPUTE                    6

MONTOYA HINCKLEY PLLC
4301 Tieton Drive
Yakima, WA 98908
(509) 895-7373

32. On October 4, 2024, Yakima County Superior Court entered Judgment eliminating the Georges' interest in the property and awarding it to Ms. Moz, among other things. (Dec. of Montoya, ex. 12, p. 1-3).

33. The Georges have not filed for any relief from the Judgment entered October 4, 2024. (Dec. of Montoya, ¶ 8).

34. Ms. Fraide was not a party to the Superior Court lawsuit. (Declaration of Mariah Fraide in Support of Motion for Summary Judgment, dated June 2, 2025, hereinafter, "Dec. of Fraide," p. 2, ¶ 8).

35. Ms. Fraide translated documents for her mother in the Yakima County case because Ms. Moz does not read or write English. (Dec. of Fraide, p. 2, ¶ 3-4).

36. Ms. Fraide served Ms. George and Veszono George with a copy of the First Amended Complaint. (Dec. of Fraide, p. 3, ¶10). She also signed a declaration for a motion for an order to show cause re: contempt. (Dec. of Montoya, ex. 4, p. 4).

37. Ms. Fraide had no dealings with the Georges outside of serving them with the First Amended Complaint. (Dec. of Fraide, p. 3, ¶ 10).

38. The only document the Georges filed on the Superior Court case Ms. Moz filed against them was a document entitled, "First Amended Complaint . . ./First Amended Summons." (Dec. of Montoya, p. 3, ¶ 5). It had the Tribal

DEFENDANTS' STATEMENT
OF MATERIAL FACTS
NOT IN DISPUTE                7

MONTOYA HINCKLEY PLLC
4301 Tieton Drive
Yakima, WA 98908
(509) 895-7373

Court order ordering Ms. Moz to be removed from the property attached to it. (Dec. of Montoya, ex. 3, p. 5).

DATED this 30th day of June, 2025.

/s/ Kevan T. Montoya, WSBA 19212
MONTOYA HINCKLEY PLLC
*Attorneys for Defendants*
4301 Tieton Drive
Yakima, Washington 98908
Telephone: (509) 895-7373
Fax: (509) 895-7015
Email: kevan@montoyalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

moniquegeor@aol.com

Dated this 30th day of June, 2025.

By: /s/ Kevan T. Montoya
MONTOYA HINCKLEY PLLC
Attorneys for Defendants
4301 Tieton Drive
Yakima, WA 98908
Telephone: (509) 895-7373
Facsimile: (509) 895-7015
Email: kevan@montoyalegal.com

DEFENDANTS' STATEMENT
OF MATERIAL FACTS
NOT IN DISPUTE                    8

MONTOYA HINCKLEY PLLC
4301 Tieton Drive
Yakima, WA 98908
(509) 895-7373