AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT

Aug 25, 2025

for the

Eastern District of Washington

SEAN F. McAVOY, CLERK

| | |
|---|---|
| MONIQUE GEORGE and VESZONO GEORGE, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   1:24-CV-03158-RLP |
| | ) |
| | ) |
| MERLY MOZ and MARIAH FRAIDE, | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendants' Motion for Summary Judgment, ECF No. 17 is GRANTED. Judgment entered in favor of Defendants.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rebecca L Pennell _____

Date:  August 25th, 2025 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Sara Gore _____

*(By) Deputy Clerk*

Sara Gore _____